UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LORETTA SABRINA MARSHALL, individually and on behalf of all others similarly situated, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>GEORGETOWN MEMORIAL HOSPITAL d/b/a TIDELANDS HEALTH, </br></br>　　　　　Defendant. | Case No.: 2:21-CV-02733-RMG-JDA |

**DEFENDANT'S MOTION TO STAY LITIGATION AND
COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS**

Defendant Georgetown Memorial Hospital d/b/a Tidelands Health ("Tidelands" or "Defendant"), pursuant to 9 U.S.C. §§ 3–4 and Rule 12(b) of the Federal Rules of Civil Procedure, requests that the Court stay the litigation in this matter and compel Plaintiff Loretta Sabrina Marshall ("Marshall" or "Plaintiff") to pursue her claims through binding arbitration in accordance with the terms of the mutually-binding arbitration agreement between the parties. Alternatively, Tidelands requests that the Court dismiss this action in its entirety pursuant to the holding of *Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc.*, 252 F.3d 707 (4th Cir. 2001), as all claims in the action are subject to the arbitration agreement between the parties. In addition, as the arbitration agreement contains a valid class claim waiver, Defendant moves to dismiss all of Plaintiff's class claims as well. *AT&T Mobility, LLC v. Concepcion*, 563 U.S. 333, 131 S.C. 1740, 179 L.Ed.2d 742 (S.Ct. April 23, 2011).

-1-

-2-

This Motion is supported by the Declaration of Angela Traver, which is attached hereto as Exhibit No. 1, and is incorporated herein by reference. This Motion is also supported by the Memorandum filed by Defendant contemporaneously with this Motion.

Dated this 16th day of September, 2021.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.

By:   /s/ Thomas A. Bright
        Thomas A. Bright (Fed. ID 1476)
        300 North Main Street, Suite 500
        Greenville, South Carolina 29601
        Phone: (864) 271-1300
        Fax: (864) 235-8806
        thomas.bright@ogletree.com

        Attorneys for Defendant