## CERTIFICATE OF SERVICE

I do hereby certify that "**Defendant's Motion to Stay Litigation and Compel Arbitration or, Alternatively, to Dismiss" and "Defendant's Memorandum in Support of its Motion to Stay Litigation and Compel Arbitration or, Alternatively, to Dismiss and Motion to Dismiss All Class Claims"**, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

This the 16th day of September, 2021.

David A. Nauheim
Nauheim Law Office, LLC
P.O. Box 31458
Charleston, SC   29417
Phone:  (843) 534-5084
Fax:  (843) 350-3572
david@nauheimlaw.com

    s/ Thomas A. Bright
    Thomas A. Bright

48534506.1